**Order entered May 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01536-CV

**EDWARD JAMES POWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-51405-Y**

## ORDER

The reporter's record is past due. The record reflects the trial court conducted a hearing on July 17, 2014. The docketing sheet states that Sharon Hazlewood, the former Official Court Reporter for the Criminal District Court No. 7, was the reporter at the hearing. The clerk's record contains appellant's request for the reporter's record. It is not clear from the request for the reporter's record that Ms. Hazlewood received the request.

Accordingly, we **ORDER** Ms. Hazlewood to file, by **JUNE 15, 2015**, the reporter's record from the hearing conducted on July 17, 2014. We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Elizabeth Frizell, Presiding Judge of the Criminal District Court No. 7, Ms. Hazlewood, Vearneas Faggett, Official Court

Reporter for the Criminal District Court No. 7, and all counsel of record.

/s/     ELIZABETH LANG-MIERS
        JUSTICE